UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ROY F. SUTTON,<br><br>        Plaintiff,<br><br>v.<br><br>ESTATE OF LYNDA N. SUTTON *et al.*,<br><br>        Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-cv-15927 (KMW-SAK)<br><br>**MEMORANDUM OPINION AND ORDER** |

**WHEREAS**, the Court denied Plaintiff's Complaint without prejudice on August 15, 2025 (ECF No. 3), directing Plaintiff to file an Amended Complaint within thirty (30) days of the issuance of the Opinion and Order of even date; and

**WHEREAS**, to date, Plaintiff has failed to file an Amended Complaint.

**IT IS HEREBY** on this 5th day of December, 2025,

**ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** without leave to amend; and it is further

**ORDERED** that the Clerk's Office close this case.

/s/ Karen M. Williams
KAREN M. WILLIAMS
United States District Judge